**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Quanzhou Yongchun Beilang E-Commerce Co. Ltd., | ) ) ) | |
| Plaintiff, | ) | Case No. 1:25-cv-04027 |
| | ) | |
| v. | ) ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | |
| Defendants. | ) | |

**Schedule A (Sealed)**